# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| THOMAS JONES, | : | Case No. 3:25-cv-14 |
| Plaintiff, | : | |
| vs. | : | District Judge Michael J. Newman |
| | : | Magistrate Judge Peter B. Silvain, Jr. |
| MIAMI VALLEY HOSPITAL SECURITY, | : | |
| Defendant. | : | |

## NOTICE TO PRO SE PLAINTIFF OF MOTION TO DISMISS

You are hereby notified that Defendant Miami Valley Hospital Security filed a Motion to Dismiss on February 25, 2025. (Doc. #9). You should receive a copy of the Motion directly from Defendant.

Your response must be filed with the Court not later than **March 21, 2025**. *See* S.D. Ohio Civ. R. 7.2(a). If you fail to file a timely response, Defendant's Motion to Dismiss may be granted and your case dismissed.

February 26, 2025

*s/Peter B. Silvain, Jr.*
Peter B. Silvain, Jr.
United States Magistrate Judge